UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CASE NO. C19-1700-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| USDA APHIS WILDLIFE SERVICES *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay or extend deadlines (Dkt. No. 10). The parties state that a stay until February 18, 2020, would allow them to continue to engage in settlement discussions. (*Id.*) Pursuant to the parties' stipulation, the Court hereby ORDERS that:

1. All deadlines in this case are stayed until February 18, 2020.
2. If a dismissal has not then been filed with the Court, the parties shall provide the Court with a joint report on the status of settlement discussions and either seek an extension of the stay or propose a schedule for proceeding with the litigation.
3. The Court hereby VACATES the status conference scheduled for February 18, 2020.

//

1       DATED this 20th day of December 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C19-1700-JCC
PAGE - 2