THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CASE NO. C19-1700-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| USDA APHIS WILDLIFE SERVICES *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report and motion to extend the stay (Dkt. No. 12). The parties state that a stay would allow them to continue to engage in settlement discussions. (*Id.*) Finding good cause, the Court GRANTS the parties' request to continue the stay (Dkt. No. 12.) The Court hereby ORDERS that all deadlines in this case are stayed until April 3, 2020. If a dismissal has not then been filed with the Court, the parties shall provide the Court with a joint report on the status of settlement discussions and either seek an extension of the stay or propose a schedule for proceeding with the litigation.

//

//

//

MINUTE ORDER
C19-1700-JCC
PAGE - 1

DATED this 19th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1700-JCC
PAGE - 2