THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>USDA APHIS WILDLIFE SERVICES *et al.*,<br><br>Defendants. | CASE NO. C19-1700-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' stipulation of dismissal (Dkt. No. 18). Plaintiff and Defendants have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41 requesting that, in consideration of the parties' previously filed settlement agreement (Dkt. No. 17), this case be dismissed with prejudice. Pursuant to the parties' stipulation, the Court ORDERS as follows:

1. The case is DISMISSED with prejudice and with the parties bearing their own attorney fees and costs, except as provided for in the parties' settlement agreement;

2. The Court shall retain jurisdiction over this case for the limited purpose of enforcing the terms of the parties' settlement agreement;

3. The parties shall notify the Court when a Decision and Finding of No Significant

MINUTE ORDER
C19-1700-JCC
PAGE - 1

Impact is signed or an Environmental Impact Statement for Mammal Damage Management in Washington is completed, so that the case may be closed. The parties are ORDERED to file a joint status report no later than December 5, 2020, informing the Court as to whether either of the foregoing have occurred.

4. The Court DIRECTS the Clerk to terminate the pending joint motion for extension of time (Dkt. No. 16) and to statistically close this case.

DATED this 5th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1700-JCC
PAGE - 2